IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: UNISYS CORPORATION RETIREE MEDICAL BENEFITS ERISA LITIGATION | : : : : : : | MDL DOCKET<br><br>NO. 969 |
| ADAIR, HARLEY, J., et al. | : : | CIVIL ACTION |
| v. | : : | NO. 03-3924 |
| UNISYS CORPORATION | : : | |

## NOTICE OF APPEAL OF DEFENDANT UNISYS CORPORATION

Notice is hereby given that pursuant to 28 U.S.C. § 1292(a)(1), Defendant Unisys Corporation appeals to the United States Court of Appeals for the Third Circuit from this Court's July 16, 2007 Memorandum and Order (entered on July 18, 2007) approving and adopting in part and modifying in part the September 29, 2006 report and recommendation of United States Magistrate Judge Thomas J. Rueter, granting Plaintiffs' request for injunctive relief, and entering judgment in favor of Plaintiffs Gallagher, Peterman, Castorani, Geneva, Stringer, Hansell, Yeager, Ginsberg, Horshaw, Botzum, Endress and Schieman.

                                                                                Respectfully submitted

                                                                                /s/ Joseph J. Costello
                                                                                Joseph J. Costello
                                                                                William J. Delany
                                                                                Paul C. Evans
                                                                                Morgan, Lewis & Bockius LLP
                                                                                1701 Market Street
                                                                                Philadelphia, PA  19103
                                                                                (215) 963-5295

                                                                                Joseph A. Teklits
                                                                                Unisys Corporation
                                                                                Unisys Way
                                                                                MS E8-114
                                                                                Blue Bell, PA  19424
                                                                                (215) 986-3576

                                                                                Counsel for Defendant
                                                                                Unisys Corporation

## CERTIFICATE OF SERVICE

I, Joseph J. Costello, hereby certify that a true and correct copy of the foregoing Notice of Appeal of Defendant Unisys Corporation was served this 6th day of August, 2007, by first-class mail:

>Alan Sandals, Esquire
>Sandals & Associates
>One South Broad Street
>Suite 1850
>Philadelphia, PA 19107
>asandals@sandalslaw.com
>
>Joe Golden, Esquire
>Sommers, Schwartz, Silver & Schwartz, P.C.
>2000 Town Center, Suite 900
>Southfield, MI 48075
>jgolden@sommerspc.com
>
>Clayton H. Thomas, Jr., Esquire
>Two Penn Center Plaza
>1500 John F. Kennedy Boulevard
>Suite 1100
>Philadelphia, PA 19102-1730
>claytonhthomasjr@aol.com
>
>Charles Gottlieb, Esquire
>Gottlieb and Goren, P.C.
>30150 Telegraph - Suite 249
>Bingham Farms, MI 48025
>cgottlieb@g2law.net

/s/ Joseph J. Costello
Joseph J. Costello