On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 03-cv-03924)
District Judge: Honorable Bruce W. Kauffman

Argued April 22, 2009
Before: SCIRICA, *Chief Judge*, SLOVITER and FISHER, *Circuit Judges*.

## JUDGMENT

This cause came on to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on April 22, 2009.

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the orders of the District Court entered July 18, 2007, June 26, 2008, July 31, 2008, and August 1, 2008, be and the same are hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

Costs taxed against Appellants.

Attest:

/s/Marcia M. Waldron
Clerk

DATED: September 2, 2009

Certified as a true copy and issued in lieu
of a formal mandate on    3/9/10

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**